AB:LRO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

21-598 M

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ABIDEMI RUFAI,
               also known as "Sandy Tang,"

                        Defendant.

AFFIDAVIT IN SUPPORT OF
REMOVAL TO THE
WESTERN DISTRICT OF
WASHINGTON

(Fed R. Crim. P. 5)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

        ANDREA L. DESANTO, being duly sworn, deposes and states that she is a Special Agent with the Federal Bureau of Investigations, duly appointed according to law and acting as such.

        On May 14, 2021, the United States District Court for the Western District of Washington issued an arrest warrant commanding the arrest of the defendant ABIDEMI RUFAI for violations of Title 18, United States Code, Section 1343 (wire fraud).

        The source of your deponent's information and the grounds for his belief are as follows:[1]

        1.      On or about May 14, 2021, the United States District Court for the Western District of Washington signed a Criminal Complaint (the "Complaint") charging the

---

[1] Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause for removal, I have not described all of the relevant facts and circumstances of which I am aware.

defendant ABIDEMI RUFAI with violations of Title 18, United States Code, Section 1343 (wire fraud). A warrant was issued for the defendant's arrest. True and correct copies of the Complaint and arrest warrant are attached as Exhibits A and B, respectively.

2.      On or about May 13, 2021, law enforcement received information that ABIDEMI RUFAI would be boarding Royal Dutch Airlines flight KL644 at John F. Kennedy International Airport ("JFK Airport") in Queens, New York to Amsterdam, with a final destination of Lagos, Nigeria.

3.      At approximately 7:45 p.m. on May 14, 2021, RUFAI arrived at JFK Airport. Law enforcement officers met RUFAI, who waived his Miranda rights and agreed to speak to law enforcement officers without an attorney present. While speaking with law enforcement officers, RUFAI verified his name and date of birth.

4.      In his possession, RUFAI had, among other things, a Nigerian identification card and various credit cards listing a name matching that of the defendant ABIDEMI RUFAI. In addition, RUFAI had in his possession a Nigerian passport, which listed a name and date of birth matching that of the defendant ABIDEMI RUFAI.

5.      RUFAI'S appearance matched photographs from the defendant ABIDEMI RUFAI's passport and identification cards. I further recognized RUFAI from the defendant ABIDEMI RUFAI's 2019 visa application photograph and from secondary inspection photographs taken by United States Customs and Border Patrol in 2017 and 2020. RUFAI's appearance also matched photographs obtained from the defendant ABIDEMI RUFAI's social media accounts as well as photographs obtained from the defendant ABIDEMI RUFAI's Google Drive account pursuant to a judicially authorized search warrant, as detailed in the Complaint.

6.      Based on the foregoing, I submit that there is probable cause to believe that the defendant is the ABIDEMI RUFAI wanted in the Western District of Washington.

WHEREFORE, your deponent respectfully requests that the defendant ABIDEMI RUFAI be removed to the Western District of Washington so that he may be dealt with according to law.

/s/ Andrea DeSanto
ANDREA L. DESANTO
Special Agent
Federal Bureau of Investigation

Sworn to before me by telephone
this 15th day of May, 2021

THE HONORABLE JAMES R. CHO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

```
_____ FILED _____ LODGED
_____ RECEIVED
May 14, 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

The Honorable David W. Christel

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff

v.

ABIDEMI RUFAI
a/k/a Sandy Tang,

Defendant.

CASE NO.   MJ21-5101

**AMENDED COMPLAINT for
VIOLATIONS**

Title 18 U.S.C. § 1343

BEFORE, David W. Christel, United States Magistrate Judge, United States Courthouse, Tacoma, Washington.

The undersigned complainant, being duly sworn, states:

**COUNTS 1-5**
**(Wire Fraud)**

**A.   Background**

1.   These charges involve ABIDEMI RUFAI's participation in a scheme to fraudulently collect unemployment benefits intended for American workers suffering from the economic effects of the COVID-19 pandemic.  RUFAI, a Nigerian national who is not entitled to collect unemployment benefits in the United States, submitted dozens of

United States v. RUFAI
Complaint-1

claims to the Washington Employment Security Department and other state workforce agencies using the stolen identities of residents of Washington and other states.  In so doing, RUFAI caused and attempted to cause the Employment Security Department to pay out federal and other unemployment benefits in excess of $350,000, and caused other states to pay out additional fraudulent benefit payments.

2.      On March 27, 2020, the United States enacted into law the Coronavirus Aid, Relief, and Economic Security (CARES) Act.  The CARES Act authorized approximately $2 trillion in aid to American workers, families, and businesses to mitigate the economic consequences of the COVID-19 pandemic.  The CARES Act funded and authorized each state to administer new unemployment benefits.  These benefits include: (1) Federal Pandemic Unemployment Compensation (FPUC), which provided a benefit of $600 per week per unemployed worker in addition to existing benefits; (2) Pandemic Unemployment Assistance (PUA), which extends benefits to self-employed persons, independent contractors, and others; and (3) Pandemic Emergency Unemployment Assistance (PEUC), which extends benefits for an additional 13 weeks after regular unemployment benefits are exhausted.

3.      CARES Act unemployment benefits are funded by the United States government through the Department of Labor and administered at the state level by state agencies known as state workforce agencies (SWAs).  The Washington Employment Security Department (ESD) is the SWA for the of the State of Washington.  Applicants can apply online for ESD-administered benefits by accessing Washington's SecureAccess Washington (SAW) web identity validation portal and ESD's Unemployment Tax and Benefit (UTAB) online application system.

4.      Before submitting an application to ESD, the applicant must establish a SAW account.  As part of this process, the applicant must provide the SAW system with an email address.  The SAW system then sends, by interstate wire communication originating in Olympia, Washington, an activation link to the email address provided. The user must then click on a link to activate his or her account.  This process causes a

series of wire transmissions originating at the user's location and terminating in Olympia, Washington.

5.     After activating the SAW account, the user may proceed to ESD's UTAB application system.  To file a claim, the applicant enters his or her personal identifying information, to include name, date of birth, and Social Security number.  If ESD confirms that the information matches the personal identifying information of a person in ESD's records, ESD will pay out benefits via wire (ACH) transfer to a bank or financial account identified by the applicant.

**B.     The Scheme to Defraud**

6.     Beginning at a time unknown, but no later than March 9, 2020, and continuing through on or after October 3, 2020, at Olympia, within the Western District of Washington, and elsewhere, ABIDEMI RUFAI, aka Sandy Tang, and others known and unknown, with intent to defraud, knowingly devised a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, as further described below.

7.     The essence of the scheme and artifice to defraud was to fraudulently obtain federally-funded PUA and other unemployment benefits from the Washington ESD and other state workforce agencies by submitting fraudulent claims using the stolen personal identifying information of American workers.

**C.     Manner and Means**

The following conduct was part of the scheme and artifice to defraud:

8.     RUFAI unlawfully obtained and possessed the personal identifying information (PII), to include names, dates of birth, and Social Security numbers, of residents of Washington and other states.  RUFAI accessed, using interstate and foreign wire transmissions, ESD's SAW portal, as well as similar portals of other SWAs.

United States v. RUFAI
Complaint-3

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    9.    RUFAI created email accounts, including a Google-administered account

2    with the address "sandytangy58@gmail.com," for the purpose of participating in

3    fraudulent transactions while obscuring his identity.

4    10.    RUFAI, using foreign and interstate wire transmissions, accessed ESD's

5    SAW portal, as well as similar portals of other SWAs.  RUFAI provided the

6    sandytangy58@gmail.com email address to ESD and other SWAs as the designated

7    email addresses to receive activation emails from the SWAs to activate fraudulent claims.

8    11.    To prevent ESD and other SWAs from recognizing that the same email

9    account was being used to file multiple claims, RUFAI used dozens of variants of the

10   email addresses by placing periods at different locations within the email address for each

11   claim.  For example, RUFAI opened SAW accounts and submitted claims using the

12   variants "san.dyta.ngy58@gmail.com," "sa.ndty.a.ngy58@gmail.com," and

13   "san.d.y.t.an.gy58@gmail.com."  This enabled RUFAI and his co-schemers to file

14   multiple claims using the same email account, without ESD and other SWAs detecting

15   that they were doing so.

16   12.    When completing the applications, RUFAI directed that some of the

17   benefits be paid to online payment accounts, including Green Dot accounts.  In some

18   cases, RUFAI directed that the fraudulent benefit payments be made to bank accounts

19   controlled by "money mules" under the control of RUFAI and his co-schemers.  RUFAI

20   and his co-schemers then directed the money mules to send the proceeds to the residence

21   of RUFAI's brother in Jamaica, New York.

22   **D.    Execution of the Scheme and Artifice to Defraud**

23   13.    On or about the dates set forth below, in Olympia, within the Western

24   District of Washington and elsewhere, for the purpose of executing and attempting to

25   execute this scheme and artifice to defraud, ABIDEMI RUFAI, and others known and

26   unknown, aiding and abetting each other, did knowingly transmit and cause to be

27   transmitted by wire communication in interstate and foreign commerce, writings, signs,

28

United States v. RUFAI
Complaint-4

signals, pictures and sounds, each transmission of which constitutes a separate count of this Complaint:

| Count | Date | Wire Transmission |
|-------|------|-------------------|
| 1 | 4/27/2020 | Wire transmission from outside the state of Washington to the State Data Center in Olympia, Washington to establish Secure Access Washington account using the email address san.dy.t.a.n.g.y.5.8@gmail.com |
| 2 | 4/28/2020 | Wire transmission from outside the state of Washington to the State Data Center in Olympia, Washington to establish Secure Access Washington account using the email address s.an.dyt.an.g.y.5.8@gmail.com |
| 3 | 4/29/2020 | Wire transmission from outside the state of Washington to the State Data Center in Olympia, Washington to establish Secure Access Washington account using the email address sa.n.d.yta.n.g.y.5.8@gmail.com |
| 4 | 5/1/2020 | Wire transmission from outside the state of Washington to the State Data Center in Olympia, Washington to establish Secure Access Washington account using the email address sandy.t.an.g.y.5.8@gmail.com |
| 5 | 5/2/2020 | Wire transmission from outside the state of Washington to the State Data Center in Olympia, Washington to establish Secure Access Washington account using the email address s.a.nd.ytangy58@gmail.com |

All in violation of Title 18, United States Code, Sections 1343 and Section 2.

And the complainant states that this Complaint is based on the following information:

I, Special Agent Andrea Desanto, being first duly sworn on oath, depose and say:

**AFFIANT BACKGROUND AND SCOPE OF AFFIDAVIT**

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been since 2006. I am currently assigned to the Seattle Field Office. My primary duties include investigating violations of federal law, including but not limited to, Title 18, United States Code, Sections 1343 (wire fraud), 1028A (aggravated identity theft), 1956 (money laundering), 1957 (transactional money laundering), and conspiracy to

United States v. RUFAI
Complaint-5

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   commit these offenses.  I previously worked on the Cyber squad, where I primarily

2   investigated computer intrusions and other cybercrimes.  My experience as an FBI agent

3   includes the investigation of cases involving the use of computers and the Internet to

4   commit crimes.  In addition to my experience with cybercrime investigations, I also have

5   experience with financial investigations.  I have received formal training on tracing the

6   financial proceeds of crimes.  I have applied that training in the context of numerous

7   investigations in which I have reviewed records from financial institutions both in the

8   United States and in foreign jurisdictions, in order to identify the proceeds of criminal

9   offenses under investigation.

10        2.      Based on my training and experience, I am familiar with the ways in which

11   individuals involved in fraud schemes use shell e-mail accounts, computers, cellular

12   telephones, Internet Protocol (IP) addresses, bank accounts, synthetic identities, and

13   counterfeit documents to facilitate fraudulent activity.  I have learned that individuals

14   perpetrating computer intrusions and identity theft-related bank fraud and wire fraud

15   schemes employ a number of techniques, either alone or in combination, to further their

16   illegal activities and to avoid detection by law enforcement.  These techniques include:

17   utilizing web-based email accounts and other electronic messaging accounts to send,

18   receive, store, and obtain personal identifying information, such as dates of birth and

19   bank and credit card account numbers and related information; and the use of cloud-

20   based accounts to communicate and store information and tools related to the fraud.  I

21   know that individuals involved in fraud schemes often establish shell e-mail accounts and

22   e-mail addresses in fictitious names and/or in the names of third parties in an effort to

23   conceal their identities and illicit activities from law enforcement.  I know that

24   individuals involved in fraud often use virtual private network ("VPN") accounts and

25   Internet hosting services to conceal their true identities and geographical locations from

26   law enforcement or other entities.

27        3.      The purpose of the Affidavit is to describe the evidence relevant to the

28   question of whether probable cause exists to believe that ABIDEMI RUFAI committed

United States v. RUFAI
Complaint-6

the offenses set forth above.  As a result, the information in this Affidavit is limited to that relevant to the existence of probable cause.  This Affidavit does not set forth all facts known to me that are relevant to this investigation.

## EVIDENCE OF THE CRIMINAL OFFENSES

**A.    The CARES Act**

4.    Based on publicly-available information, I know that on March 27, 2020, the United States enacted into law the Coronavirus Aid, Relief, and Economic Security (CARES) Act.  The CARES Act authorized approximately $2 trillion in aid to American workers, families, and businesses to mitigate the economic consequences of the COVID-19 pandemic.  The CARES Act funded and authorized each state to administer new unemployment benefits.  These benefits include (1) Federal Pandemic Unemployment Compensation (FPUC), which provides an additional benefit of $600 per week per unemployed worker; (2) Pandemic Unemployment Assistance (PUA), which extends benefits to self-employed persons, independent contractors, and others; and (3) Pandemic Emergency Unemployment Assistance (PEUC), which extends benefits for an additional 13 weeks after regular unemployment benefits are exhausted.  All of these programs will be referenced herein as "CARES Act benefits."  The CARES Act allows an unemployed worker to obtain back benefits retroactive to the date on which the applicant was affected by COVID 19, which, under program rules, may be as early as February 2, 2020.

5.    CARES Act unemployment benefits are funded by the United States government through the Department of Labor and administered at the state level by state agencies known as state workforce agencies (SWAs).  The Washington Employment Security Department (ESD), the component of the State of Washington responsible for administering unemployment benefits, is the SWA for the State of Washington.  Applicants apply for ESD-administered benefits using Washington's SecureAccess Washington (SAW) web portal and an ESD-administered site known as the Unemployment Tax and Benefit (UTAB) system.

United States v. RUFAI
Complaint-7

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6.      Based on interviews with ESD personnel, I know that, to apply for ESD benefits online, a claimant must first open an account with the SAW system.  The SAW system is a website hosted at the State Data Center in Olympia, Washington that verifies the identities of users.  To open a SAW account, the applicant must access the SAW website, which causes a wire communication to the servers at the State Data Center.  The applicant must provide SAW with basic identifying and contact information, to include an email account.  The SAW system sends an activation link to the provided email account.  The claimant must then access the email account and click the activation link to complete the SAW account setup process.  Once that process is complete, the applicant may use his or her SAW account to access UTAB and submit a claim for ESD benefits.

7.      To submit an ESD claim through UTAB, the applicant must enter his or her personal identifying information (including name, date of birth, and Social Security number).  ESD checks this information against its database of Washington residents.  If ESD confirms that the information matches the personal identifying information of a person in ESD's records, ESD will pay out benefits via wire (ACH) transfer to an account identified by the applicant.

**B.      Overview of Investigation**

8.      I know from my contact with other law enforcement officers that, beginning on around April 20, 2020, officials began receiving complaints from employers about potentially fraudulent unemployment claims.  The employers reported that they had received notices from ESD indicating that persons still under their employ had filed unemployment claims.  For example, on or about April 20, 2020, the Seattle Fire Department (SFD) notified the U.S. Attorney's Office for the Western District of Washington that claims had been filed in the names of multiple firefighters who were actively employed by SFD.  SFD reported that it had interviewed the firefighters, who had denied any involvement in the claims.  Other employers, including Microsoft

United States v. RUFAI
Complaint-8

Corporation, the City of Bellingham, Zulily, and Seattle Yacht Club submitted similar complaints.

9.     Roughly around that same time, numerous other agencies, including the Federal Bureau of Investigation, the Social Security Administration Office of Inspector General, the United States Secret Service, the Department of Labor Office of the Inspector General, the United States Postal Inspection Service, and Internal Revenue Service Criminal Investigation, joined the investigation.  Agents from these agencies, including myself, have reviewed voluminous financial records and databases reflecting the fraudulent transactions and have conducted dozens of interviews.

10.     The investigation has developed evidence that hundreds of millions of dollars' worth of fraudulent claims were filed with ESD using the stolen personal identifying information of Washington residents.  The FBI investigation has determined that many of the fraudulent claims were filed using IP addresses that resolve to Nigeria.  While the actual amount of loss is unknown, the Washington State Auditor has issued a report finding that ESD paid out at least $642,954,417 in fraudulent imposter claims, of which $369,789,082 has been recovered.

**C.     Role of Gmail Accounts in the Fraud**

11.     ESD provided the government with data identifying the email accounts associated with claims submitted over the period of the fraud.  The data indicate that thousands of different email accounts, including accounts operated by Google, were used in connection with the filing of the fraudulent claims.  For many of these Google email accounts, perpetrators took advantage of a particular feature of Google email accounts that allowed them to submit multiple fraudulent claims from a single Google email account, without ESD detecting that a single email address was being used repeatedly.  Specfically, in routing emails to an email box, Google disregards periods in the email address, meaning that the email address "john.doe@gmail.com" and "johndoe@gmail.com" will resolve to the same Google email account, even though ESD

United States v. RUFAI
Complaint-9

identifies them as two different accounts.  Two email addresses like these that are distinguished only by periods are known as "Google variants" or "dot variants."  I know from my training and experience that criminals sometimes take advantage of this feature to make it appear that emails are originating from multiple accounts, when in fact they originate from the same account.  This reduces the number of email accounts that a criminal must open and monitor while perpetrating a fraud, while avoiding fraud alerts that may be triggered when multiple claims originate from the same account.

**D.     Use of the Sandytangy58@gmail.com Account**

12.     Investigators analyzed ESD's database to identify Gmail accounts that were used to submit multiple claims using the Google dot variant method discussed above. Among these accounts was an account with the address sandytangy58@gmail.com.

13.     According to a Department of Labor Office of Inspector General's Office analysis of ESD's claims database, dot variants of sandytangy58@gmail.com (such as san.dyta.ngy58@gmail.com, sa.ndyt.a.ngy58@gmail.com, and san.d.y.t.an.gy58@gmail.com.) were used to submit approximately 102 claims for ESD benefits exceeding $350,000.  The Department of Labor's analysis also indicates the account was used to submit one or more claims to the SWAs for Hawaii, Maine, Michigan, Missouri, Montana, New York, Ohio, Pennsylvania, Wisconsin, and Wyoming.

**E.     Investigation of the Sandytangy58 SMS Number and Identification of Abidemi Rufai.**

14.     On June 19, 2020, the government applied for, and the Honorable Paula L. McCandlis issued, an order pursuant to 18 U.S.C. § 2703(d) directing Google to produce non-content material associated with the sandytangy58@gmail.com account.

15.     The 2703(d) order required Google to identify, *inter alia*, the recovery SMS number for the account.  Based on my experience and open source research, I know that Google uses recovery SMS numbers as an alternate means to communicate with the

United States v. RUFAI
Complaint-10

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

account holder, including for purposes of two-step authentication and password recovery if the account holder forgets his or her password.  I know from my training and experience that email account users ordinarily provide their own cell phone number as an SMS recovery number so that they can easily validate their account.

16.     Google's response indicated that the recovery SMS number associated with sandytangy58@gmail.com was the Nigeria-based number 234-909-874-2695 (the "Sandytangy58 SMS Number").  Investigators conducted research into the Sandytangy58 SMS Number.  They determined that this number was listed on a 2019 visa application of a Nigerian man named ABIDEMI RUFAI.  International travel records show that RUFAI entered the United States on February 19, 2020, and left the country on August 9, 2020, and was therefore apparently present in the United States during the period of the fraud.  When RUFAI arrived in the United States, he reported to the U.S. government that he would be staying at his brother's apartment on Guy R. Brewer Boulevard in Jamaica, New York.

17.     I have reviewed financial reporting showing that, between March 3, 2020 and August 2, 2020, a Citibank checking account in RUFAI's name received a total of $288,825 in deposits.  $236,701 was transferred out of the account over the same period.

18.     I have reviewed information from a financial institution reporting that on May 19, 2020, a Richland, Missouri resident with the initials C.S. received an ACH transfer of unemployment benefits from ESD in the amount of $9,920.  ESD records indicated that this payment was based on a claim submitted to ESD on May 18, 2020, in the name of a Washington resident with the initials M.S. using the email address s.a.n.dy.t.an.gy58@gmail.com.  Also on May 19, 2020, C.S.'s account received two ACH transfers totaling $8,650 from the Maine Department of Labor.  When questioned by her credit union about the transfers, C.S. stated that she had withdrawn $11,000 of the funds and sent them to an address on Guy R. Brewer Boulevard in Jamaica, New York.  The address C.S. provided is RUFAI's brother's apartment.  On May 10, 2021, M.S. told

United States v. RUFAI
Complaint-11

1  investigators he had never filed an unemployment claim or given anyone permission to

2  do so on his behalf.

3  **F.      Contents of the Sandytangy58@gmail Account**

4         19.    On January 29, 2021, the Honorable Michelle L. Peterson issued a search

5  warrant to Google for the sandytangy58@gmail.com account. Google responded to the

6  search warrant on approximately February 5, 2021.

7         20.    ***Evidence of Fraud in the Account:***  The contents of the

8  sandytangy58@gmail.com account included over 1,000 emails from ESD, including the

9  automated activation emails that the SAW system sends when new user sets up an

10 account.  The account also contained approximately 100 emails from the SWAs for

11 Hawaii, Wyoming, Massachusetts, Montana, New York, and Pennsylvania.  The account

12 also contained numerous emails from Green Dot, which is a payment system that I know

13 was used to collect and transfer a large share of the claims that were filed with ESD using

14 the sandytangy58@gmail.com account.  In addition, the sandytangy58@gmail.com

15 account contained numerous emails from other online payment and cryptocurrency

16 services.

17        21.    In addition, the sandytangy58@gmail.com account contained substantial

18 evidence that the user was actively engaged in stealing and retaining the personal

19 identifying information of American citizens.  The account contained large volumes of

20 emails and file attachments with thousands of bank and credit card numbers, personal

21 identifying information such as dates of birth and U.S. addresses associated with first and

22 last names, and images of what appear to be driver licenses from various states, including

23 New York.  The account also contained a very large volume of tax returns of United

24 States taxpayers.  In many of the emails, the user appears to pose as an accountant,

25 signing the email "Sandy Tang CPA."

26        22.    The sandytangy58@gmail.com account also contained emails indicating

27 that the user had submitted other types of fraudulent claims to the United States

28

United States v. RUFAI
Complaint-12

1    government.  For example, the account contained numerous emails from the Federal

2    Emergency Management Agency (FEMA) from September 2017, which appears to

3    indicate that the user had filed multiple claims for disaster relief during this period.  The

4    account also contained emails from an online tax filing service indicating that the user

5    had filed tax returns in the United States.

6        23.    ***Additional Evidence Linking Account to RUFAI:***   In response to the

7    January 2021 search warrant, Google also provided the contents of the Google Drive

8    account associated with the sandytangy58@gmail.com account.  Google Drive allows

9    users to store documents, files, and other content online so that they can be remotely

10    accessed from anywhere.  The Google Drive documents associated with the

11    sandytangy58@gmail.com account included four images of an individual who matches

12    the physical appearance of RUFAI in his 2019 visa application photo and secondary

13    inspection photos taken by U.S. Customs and Border Patrol on and January 19, 2017, and

14    February 18, 2020.  In addition, the contact list for the sandytangy58@gmail.com

15    account included the email address bidemi.rufai@yahoo.co.uk, a variation of the email

16    address listed on RUFAI's visa application (bidemi_rufai@yahoo.co.uk).

17        24.    The sandytangy58@gmail.com account also included three confirmation

18    emails from online purchases that list RUFAI's brother's address on Guy R. Brewer

19    Boulevard in Jamaica, New York, as the billing address.  For example, the account

20    contains a January 26, 2017 email string in which the user of the

21    sandytangy58@gmail.com account purchased a license to use Sigma Tax Pro software.

22    The billing information on the invoice is "Thuy Le, Sandy S Tang CPA," and lists

23    RUFAI's brother's address on Guy R. Brewer Boulevard as the billing address.

24    Similarly, the sandytangy58@gmail.com account was used to purchase a Verizon

25    wireless refill on February 14, 2017.  The billing address for the order is "James Andrus"

26    at the Guy R. Brewer address.  Of note, U.S. Customs and Border Patrol records show

27    that RUFAI arrived in New York on January 19, 2017 and remained in this country until

28    May 4, 2017, and therefore was in the country for the period of these transactions.

United States v. RUFAI
Complaint-13

**G.     Evidence Relevant to Charged Wire Transmissions and Uses of Stolen Identities.**

25.     As discussed above, the sandytangy58@gmail.com account contains emails from the Washington SAW system.  Some of these emails contain activation links sent by the SAW system.  I know from my interviews with ESD personnel that SAW sends these activation emails at the time the user creates a SAW account.  Therefore, each email containing an activation link was immediately proceeded by the user accessing the SAW system by a wire transmission terminating in Olympia, Washington.  Because RUFAI was staying in New York between February 19, 2020 and August 9, 2020, each of these wire transmissions travelled from outside of Washington to Olympia, Washington.  The table below sets out five examples of these emails, including the date and the dot variant used in the SAW submissions.

| Date | Address Reflected "To" Line of Email |
|------|--------------------------------------|
| 4/27/2020 | san.dy.t.a.n.g.y.5.8@gmail.com |
| 4/28/2020 | s.an.dyt.a.n.g.y.5.8@gmail.com |
| 4/29/2020 | sa.n.d.yta.n.g.y.5.8@gmail.com |
| 5/1/2020 | sandy.t.an.g.y.5.8@gmail.com |
| 5/2/2020 | s.a.nd.ytangy58@gmail.com |

26.     The evidence discussed above establishes probable cause to believe that: (1) the sandytangy58@gmail.com account was used to submit fraudulent claims to ESD and other states; (2) ABIDEMI RUFAI is the operator of the sandytangy58@gmail.com account; and (3) some of the proceeds of claims filed using the account were mailed to the New York address where RUFAI was staying during the period of the fraud.  Based

//

//

United States v. RUFAI
Complaint-14

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

on all of this evidence, there is probable cause to believe that ABIDEMI RUFAI committed the offenses alleged above.

_s/ Andrea L. Desanto_
ANDREA L. DESANTO
Complainant
Special Agent, FBI

The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit by telephone on this 14th day of May, 2021.  The Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.



THE HONORABLE DAVID W. CHRISTEL
United States Magistrate Judge

United States v. RUFAI
Complaint-15

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# EXHIBIT B

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| United States of America | ) | |
| v. | ) | Case No.   MJ21-5101 |
| | ) | |
| Abidemi Rufai | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Abidemi Rufai                                                                                        ,

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment          ❑ Superseding Indictment          ❑ Information          ❑ Superseding Information          ☑ Complaint

❑ Probation Violation Petition          ❑ Supervised Release Violation Petition          ❑ Violation Notice          ❑ Order of the Court

This offense is briefly described as follows:

Title 18, U.S.C. Section 1343
Wire Fraud

Date:      05/14/2021

_____
*Issuing officer's signature*

City and state:      Seattle, Washington

David W. Christel, United States Magistrate Judge
*Printed name and title*

| **Return** | | |
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ | | |
| at *(city and state)* _____ . | | |
| Date: _____ | _____ | |
| | *Arresting officer's signature* | |
| | _____ | |
| | *Printed name and title* | |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   Abidemi Rufai

Known aliases:   Sandy Tang

Last known residence:   11 Omoday Outuga Street, Lekki, Nigeria

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:   Ebute Metta, Nigeria

Date of birth:   ███ 1977

Social Security number:

Height:                                                          Weight:

Sex:   Male                                               Race:   Black

Hair:   Black                                            Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:   FBI SA Andrea Desanto, (206) 510-9645

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: