**BarrowsLevy** PLLC

May 20, 2021

**VIA CM/ECF AND FACSIMILE**
The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, Room N208
Brooklyn, New York 11201

   Re: United States v. Abidemi Rufai
     Criminal Docket No. File No. N-426-21 (JRC) (RER)

Dear Judge Reyes:

  The undersigned represents Mr. Abidemi Rufai in the above-captioned criminal prosecution. This letter is being submitted pursuant to Your Honor's Individual Practice Rule I(A)(4). In light of the time-sensitive nature of this application, due to Mr. Rufai's imminent removal to the District of Washington, a courtesy "hard copy" is being concomitantly transmitted via facsimile to Your Honor's Chambers. Individual Practice Rule I(b)(2).

  Based upon the Court's May 19, 2021 ruling, which denied Mr. Rufai's request for relief <u>without prejudice</u> and with leave to reapply upon securing a ready, willing and able surety, Mr. Rufai requests that the Court consider scheduling a new bail application at the Court's earliest convenience. Through the diligent efforts of his family and friends, MR. Rufai is able to proffer such a surety for the Court's consideration.

  It should be further noted that an executed Surety Information Sheet (AO 100B) has been forwarded to the United States Attorney's Office.

  We are eager to hear the Court's response and thank Your Honor for your kind courtesies.

              Respectfully,

              */s/ Michael C. Barrows*

cc: Lindsey Oken (via email and CM/ECF)
   Anna Lee (via email)