**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

| | |
|---|---|
| *Seattle Office:* | *Tacoma Office:* |
| *700 Stewart Street, Ste 5220* | *1201 Pacific Ave., Ste 700* |
| *Seattle WA, 98101-1271* | *Tacoma, WA  98402-4305* |
| *Tel:  (206) 553-7970* | *Tel: (253) 428-3800* |
| *Fax: (206) 553-0582* | *Fax: (253) 428-3826* |
| *www.usdoj.gov/usao/waw* | |

May 20, 2021

The Honorable Ramon Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Abidemi Rufai a/k/a Sandy Tang
                Criminal Docket No. 21-MJ-00598 (JRC)

Dear Judge Reyes :

      I understand that the Court has scheduled a second detention hearing in this matter for May 21, 2021, and that the defendant intends to proffer a new surety ("the Surety") at the hearing.  I write to provide you with additional information in advance of the hearing.

      First, the FBI has conducted research into the Surety and has learned information indicating that the Surety is not an appropriate person to perform that role.  In 2015, the Surety's bank (Bank of America) issued a report naming the Surety as a suspect in an investigation into an email impersonation scheme.

      According to the bank's report, a person purporting to be a donor deposited $134,000 into the bank account of a legitimate nonprofit.  The "donor" (who was never identified) then contacted the non-profit and stated that that some of the deposited funds were intended for a different recipient.  The donor asked the non-profit to wire the excess funds to three different accounts, one of which was a Bank of America account in the Surety's name.  The report indicates that the Surety then made cash withdrawals of the proceeds at two different B of A locations.  The Surety did not respond to inquiries from Bank of America.

      Second, FBI's research was unable to confirm that the Surety owns the listed real property.  Mortgage and deed records for the property indicate that it was last purchased by an individual with the initials L.S.G. on November 7, 2014.  The FBI could not locate

records showing that the Surety has an interest in the property.  The Surety has also submitted records showing that she has $335 in Robinhood investment account, and $1,838 in a checking account.  Neither submission suggests the Surety is in a position to secure a $300,000 bond.

Finally, I learned today that on May 16, 2021, the Department of Homeland Security issued an immigration detainer against Mr. Rufai.  I have provided a copy of the detainer to the Assistant United States Attorney.

For these reasons and those stated in our letter of May 18, 2021, we submit that the defendant presents an extreme risk of non-appearance that cannot be addressed.  We respectfully request that the Court order him detained pending his transfer to this district, at which point his status may be reconsidered.

    Respectfully submitted,

    TESSA M. GORMAN
    Acting United States Attorney

By: *Seth Wilkinson*
    *Cindy Chang*
    Assistant United States Attorneys