UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> ABIDEMI RUFAI <br> a/k/a Sandy Tang, <br><br> Defendant. | CASE NO. 21-MJ-5101-DWC <br><br> **ORDER STAYING RELEASE** |

The government has moved for a stay of the release order issued in the Eastern District of New York on May 21, 2021, to allow the government to seek review of the release order pursuant to 18 U.S.C. § 3145(a). The government has indicated it will file its motion for review of the release order on May 24, 2021.

For the reasons stated in the Emergency Motion to Stay Release Order, the government's motion to stay is GRANTED. The release order is STAYED, and defendant shall remain in custody pending this Court's decision on the government's motion for review.

United States v. Rufai
Stay Order - 1

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

SO ORDERED: May 24, 2021

_____
BENJAMIN H. SETTLE
United States District Judge

United States v. Rufai
Stay Order -2

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970